**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JOSHUA ROGERS,

                Plaintiff,

   -against-                                   25 **CIVIL** 2347 (LLS)

                                                 **JUDGMENT**

ELON MUSK,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 29, 2025, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), is dismissed. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). The warning issued in *Rogers v. White House*, No. 25-CV-1773 (LLS) (S.D.N.Y. June 12, 2025) remains in effect. Judgment is entered dismissing this case.

**Dated:**  New York, New York

         July 31, 2025

                                                   **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                                **BY:**           *K. Mango*

                                                       **Deputy Clerk**